IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-cr-00211 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| DARRELL WHYTE | ) | |

## O R D E R

The jury trial currently set in this action for December 31, 2013 at 9:00 a.m. is **RESET** for **January 7, 2014 at 9:00 a.m.**

It is so **ORDERED**.

ENTERED this the 6 day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court